UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

WILLIAM RIDDLE,

    Plaintiff

vs.                                                                               3:16-cv-00335

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**ORDER**

The court finds and orders an attorney fee of $8,829.60 pursuant to 42 U.S.C. § 406(b). The attorney fee of $2,441.00 allowed pursuant to the Equal Access to Justice Act and costs will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 7th day of OCTOBER, 2019.

BY THE COURT

STEPHEN L. CROCKER
United States Magistrate Judge